**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MINDY JAYE ZIED-CAMPBELL, | : | No. 204 EAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA; | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| HEALTH & HUMAN SERVICES; | : | |
| SECRETARY OF THE PDHS; | : | |
| PENNSYLVANIA PDHS BUREAU OF | : | |
| HEARINGS & APPEALS; THE DIRECTOR | : | |
| & EMPLOYEES OF THE PDHS | : | |
| BOULEVARD COUNTY ASSISTANCE | : | |
| OFFICE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.